ent, v. LEWIS GELAC BROWN, Appellant. (D) THE PEOPLE OF THE STATE OF NEW YORK, Respondent. v. ORLO F. FAIRFIELD, Appellant. (E) THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK EGITTO, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— [In each action] Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion in all other respects denied.

■ (A) In the Matter of NATIONAL PSYCHOLOGICAL ASSOCIATION FOR PSYCHOANALYSIS, INC., Appellant, v. JAMES E. ALLEN, JR., as Commissioner of Education of the State of New York, Respondent. (B) In the Matter of JESSE KRAUSS et al., Appellants, v. STATE CIVIL SERVICE COMMISSION, Respondent. (C) JOHN M. KYER, Appellant, v. GENERAL CASUALTY COMPANY OF AMERICA, Respondent.— [In each action] Motion for reargument or permission for leave to appeal to the Court of Appeals denied, without costs.

■ In the Matter of JOHN A. SHAW, Petitioner, v. BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.— Motion for permission to appeal to the Court of Appeals and for a stay denied, without costs.

■ In the Matter of the Claim of JOSEPH F. DUMELLE, Respondent, v. TOWN OF BROOKHAVEN HIGHWAY DEPARTMENT et al., Respondents, and SPECIAL FUND FOR REOPENED CASES, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for permission to appeal to the Court of Appeals granted, without costs.

■ GOODWILL ADVERTISING COMPANY, Respondent, v. STATE LIQUOR AUTHORITY, Appellant.— Motion for permission to appeal to the Court of Appeals upon a certified question of law denied, without costs.

■ (A) In the Matter of the Claim of FAY GETTINGER, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (B) In the Matter of the Arbitration between FOWNES BROS. & CO., INC., Respondent, and CONSOLIDATED GLOVE CUTTERS AND SHAVERS UNION, LOCAL 1714, AMALGAMATED CLOTHING WORKERS OF AMERICA, et al., Appellants. (C) EDWIN CARLSON et al., Respondents, v. RONDOUT NATIONAL BANK, Appellant. (D) GEORGE J. HORNBECK, Respondent, v. H. EUGENE TOWNER, Appellant.— [In each action] Motion for reargument denied, without costs.

■ PAMELA B. GAUDREAU, as Administratrix of the Estate of LIONEL R. GAUDREAU, Deceased, Appellant, v. JOSEPH N. FIELDS, Respondent.— Motion for reargument of motion granted, without costs.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY C. HERMAN et al., Petitioners, v. JOSEPH H. MURPHY et al., Constituting the STATE TAX COMMISSION, Respondents. (B) GULF OIL CORPORATION, Appellant, v. BURAM REALTY COMPANY, INC., Respondent. (C) HENRY A. FISCHER, JR., Appellant, v. BROCKWAY COMPANY, Respondent. (D) In the Matter of DAVID WASSERMAN, Appellant, v. BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent. (E) ELMER SPEEDLING, an Infant, by ELMER B. SPEEDLING, His Guardian ad Litem, et al., Appellants, v. ANTHONY PAMPINELLA, Respondent.— [In each action] Motion for permission to appeal to the Court of Appeals denied, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HOWARD BROWN, Appellant.— Application for assignment of counsel. Application denied.

■ In the Matter of the Claim of OLGA SINDONE, Appellant, v. LA SALA BROS., INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion denied.

■ In the Matter of MAXWELL GROSSBARD, Petitioner, v. BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.— Application to